WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Richard M. Horton, | NO. CIV-05-0432-PHX-SMM |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Phoenix Fuels Co. Inc., et al, | |
| Defendants. | |

Pending before the Court is Defendants' Motion for Permission of Authorized Representative to Appeal By Telephone at Rule 16 Preliminary Pretrial Conference scheduled to take place on October 11, 2006 at 4 p.m. (Dkt. 17.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion for Permission of Authorized Representative to Appeal By Telephone at Rule 16 Conference. (Dkt. 17.)

**IT IS FURTHER ORDERED** that Laura Hannah, Defendants' authorized representative may appear telephonically at the October 11, 2006 Rule 16 Conference. Ms. Hannah shall call the Court on a clear telephone line at 3:55 p.m. at 602-322-7555.

DATED this 25th day of September, 2006.

Stephen M. McNamee
United States District Judge