**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard M. Horton, | ) | No. CV-05-432-PHX-SMM |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| Phoenix Fuels Co. Inc., et al., | ) | |
| Defendants. | ) | |

On November 28, 2006, a Preliminary Pretrial Conference was held in open Court pursuant to Rule 16(b) of the Federal Rules of Civil Procedure. Prior to the conference, the parties filed a Rule 26(f) Case Management Plan.

At the conclusion of the Preliminary Pretrial Conference, the Court ruled that, in order to provide the parties sufficient time to attempt to settle the present case, no party is permitted to propound potential discovery or file any motions between November 28, 2006 and January 19, 2007. The Court further ruled that, if the case cannot be settled by January 19, 2007, the parties are required to file a stipulated schedule setting forth proposed deadlines for discovery and the filing of dispositive motions. Accordingly,

**IT IS HEREBY ORDERED** that, between November 28, 2006, and January 19, 2007, neither Plaintiff nor Defendants shall propound discovery or file any motions in the present case.

///

///

1     **IT IS FURTHER ORDERED** that, if the case cannot be settled by January 19, 2007,
2 the parties shall file with the Court a stipulated schedule setting forth proposed deadlines for
3 discovery and the filing of dispositive motions.  Such schedule shall be filed no later than
4 February 2, 2007.

5     DATED this 29th day of November, 2006.

Stephen M. McNamee
United States District Judge