**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard M. Horton, | No. CV-05-432-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER** |
| Phoenix Fuels Co. Inc., et al., | |
| Defendants. | |

Having considered the parties' Stipulation to Enlarge the Time in Which to File Dispositive Motions (Doc. 26), and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline to file dispositive motions is changed from **June 29, 2007** to **August 1, 2007.**

DATED this 22nd day of June, 2007.

Stephen M. McNamee
United States District Judge