**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Richard M. Horton,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Phoenix Fuels Co. Inc., et al. ,<br><br>　　　　Defendants. | No. CV-05-432-PHX-SMM<br><br>**ORDER** |

　　　Upon review of Defendants' Motion to Restrict Document [Exhibit "A" to Declaration of Tamika S. Williams filed in Support of Defendants' Motion for Summary Judgment] from Public View (Doc. 33),

　　　**IT IS HEREBY ORDERED DENYING** the Motion to Restrict Document [Exhibit "A" to Declaration of Tamika S. Williams] from Public View (Doc. 33).

　　　**IT IS FURTHER ORDERED** that the Clerk of this Court shall **strike** Exhibit "A" to the Declaration of Tamika S. Williams filed in Support of Defendants' Motion Summary Judgment.

　　　**IT IS FURTHER ORDERED** that counsel shall, in accordance with the Privacy Requirements of Civil and Criminal Cases, redact any private information necessary in order to refile the exhibit in this public forum.

1  **IT IS FURTHER ORDERED** that Defendants shall file the redacted version of
2  Exhibit "A" no later than **Wednesday, August 15, 2007.**
3  DATED this 8th day of August, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge