**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard M. Horton, | ) | No. CV-05-432-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Phoenix Fuels Co Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Upon Motion for Leave to File Late Motion filed by Defendants (Doc. 36) and good cause appearing therefore;

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to File Late Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Doc. 30) and accompanying filings (Docs. 31-34) shall remain of record.

DATED this 8th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge