**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard M. Horton,<br><br>   Plaintiff,<br><br>   v.<br><br>Phoenix Fuels Co. Inc., et al.,<br><br>   Defendants. | No. CV-05-432-PHX-SMM<br><br>**ORDER** |

   Currently before the Court is Plaintiff's Motion to Continue the time to file a Response to Defendants' Objections to Plaintiff's Motion for Summary Judgment and Reply to Defendants' Response in Opposition to Plaintiff's Cross Motion for Summary Judgment. Good cause appearing,

   **IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion to Continue Time to File (Doc. 50).  Plaintiff shall file his Response and Reply **no later than November 6, 2007.**

   DATED this 25th day of October, 2007.

*(signature)*
Stephen M. McNamee
United States District Judge