1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Richard M. Horton, | ) No. CV-05-432-PHX-SMM |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| Phoenix Fuels Co. Inc., et al., | ) |
| Defendants. | ) |

Having considered the parties' Stipulation to Extend the Time in Which to File Supplements to Dispositive Motions (Doc. 56) and the administrative record, the Court will **grant in part and deny in part** the stipulation. This case was originally filed in 2005, and the Court has been extremely generous to the parties in granting extensions for dispositive motion deadlines. However, considering the numerous extensions this Court has previously granted with regard to dispositive motion deadlines, as well as the four weeks the Court originally granted counsel to file the aforementioned supplemental briefs and administrative record, the Court finds that the extension requested is unreasonable, given the totality of the circumstances. Therefore, the parties shall have until **May 2, 2008** to file the necessary documentation, and **no further extension will be granted**. Counsel are reminded that the briefs **must comply in their entirety with the Court's Order set out as Docket 55, addressing each of the Court's questions and concerns.**

**IT IS HEREBY ORDERED** granting in part and denying in part the parties' Stipulation (Doc. 56). The parties shall file their respective Motions for Summary Judgments, supplemental briefs, and the administrative record no later than **May 2, 2008.** (See Doc. 55 for further direction).

DATED this 16th day of April, 2008.

Stephen M. McNamee
United States District Judge