**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Richard M. Horton, | ) | No. CV-05-432-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Phoenix Fuels Co Inc., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Upon motion of Tom Crowe ("local counsel"), associate counsel on behalf of Defendants to withdraw as associate counsel (Doc. 70), and good cause appearing therefore,

**IT IS HEREBY ORDERED GRANTING** Tom Crowe's Motion to Withdraw (Doc. 70) as associate counsel for Defendants.[1]

**IT IS FURTHER ORDERED** that Tom Crowe is withdrawn as associate counsel on behalf of Defendants, Phoenix Fuels Co., Inc., Giant Industries, Inc., Giant Industries, Inc. Group Long Term Disability Policy and Prudential Insurance Company of America. Defendants remain represented by lead counsel Mr. Dorny.

DATED this 3rd day of July, 2008.

Stephen M. McNamee
United States District Judge

---

[1] Mr. Cowe is strictly local counsel for Defendants and Mr. Dorny is lead counsel of record. The reasons for Mr. Crowe's association with Mr. Dorny no longer apply and Mr. Dorny has effectively acted as sole counsel on behalf of the Defendants for the past several months.